UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher WIGGINS, Defendant–
Appellant.

No. 12–12194
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 8, 2013.

Steven E. Butler, Gregory A. Borden-kircher, Kenyen Ray Brown, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Barry Johnson Parker, Maynard Cooper & Gale, PC, Mobile, AL, for Defendant–Appellant.

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Barry Johnson Parker, appointed appellate counsel for Christopher Wiggins in this direct criminal appeal, has moved to withdraw from further representation of the defendant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because our independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Wiggins's conviction and sentence are AFFIRMED.